# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/19/2016                                                           Case Number 2:15-cr-00124
Case Style: USA vs. Chadwick J. Lusk
Type of hearing Hearing regarding factual basis of proposed plea
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                               Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Larry Ellis


Attorney(s) for the Defendant(s) Thomas Smith


Law Clerk Jamie Kastler                                                   Probation Officer N/A

### Trial Time

### Non-Trial Time

Other non-evidentiary hearing. Type: factual basis on proposed plea agreement

### Court Time

10:00 am   to 10:36 am
Total Court Time: 0 Hours 36 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled Start:  10:00 a.m.
Actual Start:  10:00 a.m.

Defendant present in person and by counsel. Court addresses factual basis of proposed plea agreement.  Defendant placed under oath.  Court inquires of the Defendant.

Court recessed: 10:36 a.m.