| | | | |
|---|---|---|---|
| **Account Number:** | 1017291697 | **Transaction Type:** | Checks/Debits |
| **Account Name:** | Arch A/P Account Corp | **Seq/Ref#:** | 72486742 |
| **Post Date:** | 07/10/2009 | **Check #:** | 707268 |
| **Amount:** | $25,947.11 | | |



Retrieved: Thursday, April 24, 2014 10:33:18 AM
Image On-Demand

