| | | | |
|---|---|---|---|
| **Account Number:** | 1017291697 | **Transaction Type:** | Checks/Debits |
| **Account Name:** | Arch A/P Account Corp | **Seq/Ref#:** | 75865904 |
| **Post Date:** | 07/16/2009 | **Check #:** | 707385 |
| **Amount:** | $160.00 | | |



Retrieved: Thursday, April 24, 2014 10:45:17 AM
Image On-Demand

