| | | | |
|---|---|---|---|
| Account Number: | 1017291697 | Transaction Type: | Checks/Debits |
| Account Name: | Arch A/P Account Corp | Seq/Ref#: | 71122916 |
| Post Date: | 07/22/2009 | Check #: | 707525 |
| Amount: | $10,378.84 | | |



Retrieved: Thursday, April 24, 2014 10:35:37 AM
Image On-Demand

