IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                      **CRIMINAL NO. 2:15-00124**

**CHADWICK J. LUSK**

## UNITED STATES MOTION TO END STAY

Comes now the United States of America, by Meredith George Thomas, Assistant United States Attorney for the Southern District of West Virginia, and respectfully submits this motion to end the stay in this matter.

On February 19, 2016, this Court ordered that the United States file a motion to end the stay within 30 days of the United States Supreme Court's decision in McDonnell v. United States, __ S.Ct. __, 2016 WL 3461561, No. 15-474 (June 27, 2016). See ECF Doc. No. 15. Pursuant to the Court's Order, the United States moves that the Court lift the stay in the above-referenced case.

Respectfully submitted,

CAROL A. CASTO
Acting United States Attorney

By:

/s/Meredith George Thomas
MEREDITH GEORGE THOMAS
Assistant United States Attorney
WV Bar No.10596
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email:meredith.thomas@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES MOTION TO END THE STAY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 8th day of July, 2016, to:

    Thomas W. Smith, Esquire
    405 Capitol Street
    Suite 701
    Charleston, West Virginia 25301

    /s/Meredith George Thomas
    MEREDITH GEORGE THOMAS
    Assistant United States Attorney
    WV Bar No.10596
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: meredith.thomas@usdoj.gov