# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/8/2017                                         Case Number 2:15-cr-00124
Case Style: USA vs. Chadwick J. Lusk
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                            Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Meredith Thomas

Attorney(s) for the Defendant(s) Thomas Smith

Law Clerk Jason Bailey                                 Probation Officer Michele Jones

## Trial Time

## Non-Trial Time

## Court Time

4:03    to 4:42
Total Court Time: 0 Hours 39 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 4:00 p.m.
Actual Start 4:03 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Defendant's Exhibit 1 marked and admitted.
Defendant's Exhibit 2 marked and admitted.
Court addresses PSR; no remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 13
    Criminal History: I
    Custody Range: 12-18 months
    Supervised Release Range: 1-3 years
    Fine Range:  $3,000 - $30,000
    Assessment:  $100 PAID
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Probation:  5 years
    Fine: none imposed
    Assessment:  $100 PAID
Court states reasons for sentence imposed.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 4:42 p.m.

**District Judge Daybook Entry**