**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 2:15-cr-00124

CHADWICK LUSK,

        Defendant.

**EXHIBIT LIST**

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| | 1 | 2-8-17 | 2-8-17 | letters on behalf of the Defendant | Clerk |
| | 2 | 2-8-17 | 2-8-17 | cd containing video letters on behalf of the Defendant | Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency

# Thomas W. Smith
## Attorney at Law, PLLC

P.O. Box 3925
Charleston, W.Va.
25339-3925

Tel: (304) 389-4321
Fax: (681) 265-3209
tomsmithwv@gmail.com

---

Hon. Thomas E. Johnston
U.S. District Judge
6610 Robert C. Byrd Federal Bldg.
300 Virginia St.
Charleston, WV 25301

Dear Judge Johnston:                                    R: Chadwick Lusk

    Please find herewith for your consideration a chamber copy of defendant's sentencing memorandum, letters submitted on his behalf and a video disk containing brief statements from the defendant, members of his family and friends.

    Thank you for your consideration of these materials.

Respectfully,

Thomas W. Smith. Esq.



Honorable Thomas E. Johnston
United States Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301


February 3, 2017

Jimmy Caudill
PO Box 436
Davin, WV 25617

RE: Chadwick J. Lusk

Dear Judge Johnston,

       I am writing this letter on behalf of my son-in-law, Chad Lusk. I knew Chad growing up as an athlete in the area schools and then became closer acquainted with him after he and my daughter, Whitney started dating. He spent many hours at our house as well as accompanied the family on summer and golf vacations. After 5 years of dating they married and have blessed us with two wonderful grandchildren, Peyton and Jaxon. Chad comes from a very close knit family and we gladly accepted him into ours. Over the years we have become extremely close to the extent that I now consider Chad as my son.

       After going to work for Mountain Laurel his entire demeanor began to change. He spent less and less time with his family and more time with his work friends. He drank often and at times came home from work drunk. He had made this lifestyle his priority. He became overbearing and at times hard to tolerate. This caused stress for our entire family.

       I believe Chad knew his life had gotten completely out of control because he started talking about finding another job. He felt he had to get away from Mountain Laurel. I recall him receiving a job offer from Becker Mining, as working directly for their CFO as Procurement Manager. He accepted the job and was extremely excited to be getting away from Mountain Laurel and starting over with his family. Shortly thereafter, he stopped by my house and I could tell something was wrong. He informed me his boss threatened to have him blackballed from the coal industry & quit doing business with any company that hired him. He was devastated. Thankfully, he was finally hired by JABO in March 2014 and that's when his life began to change. He had come to realize how important his family was and what he needed to do to correct the mistakes he had made.

       For the past 2 ½ years Chad, Whitney and their kids have been faithful members of Claypool United Methodist Church. Chad is a Certified Lay Speaker, teaches Adult Sunday School class, and both he and Whitney teach Children's Church. He has been head coach for Peyton's softball team for the last two years and assisted in coaching Jaxon's T-ball team. He gladly volunteers in our church and at community functions any time he is needed.

Chad has never denied that he has made a lot of bad decisions but he is doing his best to correct those mistakes now. For the past 32 months he has worked at becoming a better person and a role model for his children. I believe it would do more harm than good to our family for Chad to go to jail. He needs to be home so he can support his family both financially and emotionally. Good people make bad choices but it is what you do after the mistakes have been made that show your true character. Chad is now showing his true character as a faithful Christian, loyal husband, proud father and good friend to many. I can honestly say I forgive Chad for the heartache and stress he has impacted on our family and I am proud to be his father-in-law.

Thank you for taking the time to hear my thoughts on this matter and I pray you will see that our family needs Chad to remain home.

Respectfully yours,

Jimmy Caudill

Honorable Thomas E. Johnston
United District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

February 1, 2016

RE: Chadwick Lusk

Dear Judge Johnston,

This letter is in regard to Chadwick Lusk. I have known Chadwick for at least 17 years in the capacity of family friend and acquaintance. Ours is a small, tight-knit community; it is difficult not to know each other in Man, WV. I have watched Chadwick grow and mature, most of his life, from a distance. It was not until the past Chadwick and his family began attending Claypool Unite Methodist Church that I have come to know him and his wife, Whitney, and their children, Peyton and Jackson, as close friends. Chadwick has gained my respect as I have witnessed his spiritual and personal growth during the last several years. He is a respected member of Claypool United Methodist Church, participative in its programs and activities, and, along with his wife, Whitney, continues to be a Children's Church leader and bass singer in our choir. He has accepted the position of President of our United Methodist Men, and has grown and led this group during the past year in spiritual and physical growth. He has become a worship leader, Bible study teacher, and Adult class Sunday school teacher also. If Chadwick sounds like a busy man, it is because he is! His enthusiasm is apparent, contagious, and refreshing. His genuineness comes across in his manner and conversation. His love for his Savior, his family, and church family is obvious and unfeigned.

I am well aware that Chadwick has been involved in activities that were less than scrupulous. I understand the magnitude of the charges and his plea. We, Chadwick, Whitney, and I, have discussed the possible outcomes, and the effect a maximum sentence would have on this family. I have offered my assistance in any way to help them in this process. He is remorseful of his past, and is quite concerned regarding the potential trauma this would bring to his children, wife, extended family, and his church. This letter is my way of supporting Chadwick during an extremely difficult and stressful time.

So many times in the last year I have heard people from outside our congregation question Chadwick's motives for becoming involved in our church.

My reply is that I am not his judge; I am to love. He has rarely missed a service or activity since he became a member, which speaks for his faithfulness. As mentioned previously, Chadwick is an established, dependable member of our choir. We sit on opposite ends of the last row, and I have the opportunity to watch his face and see his expression during practice. It is a joy to watch him and claim him a as fellow choir member, and he sings a good bass line too! When I approached him about Whitney possibly volunteering in Children's Church, he replied that he wanted to volunteer to teach. He did so without hesitation, and then recruited his wife. He went on to say that he had taught in the public school system when he graduated college, so he had experience teaching children. I signed him up immediately. Both he and Whitney remain as staunch supporters and volunteers for Children's Church.

Our youth group held a summer children's campout activity his first year at Claypool, with Chadwick assuming a key role in the organization and set-up. He designed a Bible-based scavenger hunt, and helped the children navigate the cemetery at dusk to find the clues. A daunting task if you happen to know these kids! It was the hit of the night.

Our pastor, Kevin Farmer, recently asked Chadwick to take a project lead in obtaining a new church sign. For the past month, he has spoken with representatives from sign companies, obtained specs, and complied a presentation for the Administrative Board. He was thorough in his research and could answer all questions factually. The sign now stands at the foot of our church hill, providing information about services and church events. Our pastor's confidence in Chadwick speaks volumes of his moral character.

No one is more aware of the magnitude of wrongdoing in this situation than Chadwick. He lives with this every day. He must face his wife, children, family, and friends with the knowledge of what he has done. This alone is punishment. In spite of this knowledge, he continues to attend church, stay active in his children's activities, and be productive. He has demonstrated tender, loving relationship with his children; he clearly loves them, and they love their daddy. Those are high attributes for which to aspire for any man.

I have worked with and in the public for thirty-two years as a registered nurse, nurse educator/professor, and family nurse practitioner. I have met and dealt with all types of people, and have had to discern character types as part of my profession. I do not see any benefit to sentencing Chadwick to prison. He poses no threat to anyone, and in fact, would be a great asset to society if allowed to remain in the home with his family. He is educated, and more than qualified and capable of holding a job and supporting his wife and children. He cannot do that in prison. A prison term would be a tremendous blow to them, especially now,

when they need to be together and draw support and strength from each other. Perhaps the most detrimental effect of a prison sentence is stigma attached to the guilty party and their family for the rest of their lives. Chadwick's children need an example of what it is to do wrong, be punished, but go forward in spite of it all.

Our family units have been attacked and essentially destroyed by fathers who are serving prison terms. And rightfully so, if they are guilty. Chadwick is not a hardened criminal, but not without fault. The greater wrong in this case would be to separate this man from his wife and children, and his church, who are his main support systems. He is a vital, necessary part of our church. For a man to admit his faults and take action to correct them is commendable. He has earned my respect, admiration, and genuine affection. His extended family has supported him throughout this entire judicial process. As has his church family. I, Claypool Methodist Church, and my own family, have supported, and will continue to support this precious family, regardless of your decision and the outcome. If there is anything further I can do to assist in any way, do not hesitate to contact me at the enclosed address and phone number. Thank you for your consideration in this matter, and I will pray God's guidance as you make this most important decision.


Sincerely,



Shawn E. Cline-Riggins, MSN, FNP-BC
Professor of Nursing
Southern West Virginia Community and
Technical College
P. O. Box 2900
Mt. Gay, WV 25637
304-896-7310 (office)
304-583-2478 (home)
304-687-9938 (cell)

Honorable Thomas E. Johnston
United States Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 30, 2017

Logan County Huff Creek Watershed
PO Box 393
Mallory, WV 25634

Dear Judge Johnston,

We are writing on behalf on Chad Lusk. Chad has been a member of our community his entire life and we were ecstatic when he decided to help us in the creation of the Logan County Huff Creek Watershed. Given Chad's background and education in Accounting we could not think of a better person to have as treasurer of our organization. His is a local who cares about our community and a well-educated, courteous young man.

We were fully aware of the issues in Chad's past and honestly were not concerned at all with him being our treasurer. People make mistakes and Chad is no different. His work within our organization has been exemplary over the last two years. He has been a strong voice for our organization in helping secure donations and funding for our annual children's fish day, as well as being a strong voice at state gatherings to ensure funds were appropriated to stream restoration projects in our community.

We plan to continue having Chad represent our organization as treasurer as long as he is willing and able to do so. Our hope in writing this letter is to help you see the benefit Chad serves our

organization as well as our community. To take such a great young man, who is willing to take an active role in the betterment of our community, out of our community would truly be a crime. In today's day and age when there are so few young, able men that are willing to help Chad has proven himself to be the exception.

Chad's past mistakes are just that; the past. If all people dealt with their past mistakes in the way Chad has we would all be a lot better off.

Sincerely

Clinton Grimmett, President     *Clinton Grimmett*  583-5287

Russell Brown, Vice President   *Russell Brown*  583-2157


*Board Member   Sherman Simons*  304-583-6046
*Board Member   Paul D. Vance*  304-583-6683
*Norm Noel*  304-583-2999

Honorable Thomas E. Johnston
United Stated District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 30, 2017

Joseph M. Vance
P.O. Box 372
Wilkinson, WV 25653

Re: Chadwick J. Lusk

Dear Judge Johnston,

I am writing this letter on behalf of my friend Chad Lusk. I have known of Chad since our high school years when we attended rival schools in the Logan, WV area during the late 90's. I met Chad and we immediately became friends when we began working for the same company in 2008. He quickly became one of the first people that I would speak with every morning. These conversations were not business conversation between co-workers, but conversations between friends to discuss family, friends, hunting, sports, God, etc. We would often speak of the rivalry between our high schools and I quickly realized that we would have been great friends then as well if we would have known each other personally during those years. Even though were only acquaintances at that time, I never heard (as one always does in a small town environment) of Chad being in or causing trouble. In my eyes, he had a reputation of a small town athlete that worked hard and cared deeply about his family and teammates.

The longer that Chad and I worked together the closer we became as friends. The closer that we became, the more I could see how much his family and friends meant to him. Hindsight being 20/20, I can now see that the "underlying atmosphere" of our workplace was becoming a detriment to that. I can now see that certain issues and certain individuals were weighing heavy on Chad. This is the point when Chad chose another career opportunity to better him and his family. I truly consider him a man of upstanding character that strives to take care of those that matter most to him, his family. The Chad Lusk that I became friends with is someone that I truly feel that I could call on for any type of help at any time for myself or anyone in need and that he would bend over backwards to be a true friend.

As you know, the world was flipped upside down in our company in May of this year. It is always a shock to come to work on a Monday morning to see that federal marshals have escorted your boss home. As details began to unfold about what was happening, I just prayed that Chad was not involved. When the announcement was made of the charges, my heart sank. It sank as it did not for the others involved. I had hoped that Chad had somehow seen the writing on the wall and got away from what turned out to be

a very volatile situation in our workplace before he could be drawn into the quicksand. My heart broke for Chad and his family when I heard his name associated with the others being charged. Chad had made a bad decision. I understand that this is a big mistake that bears consequences, but it is still that a single bad choice. Given all of the circumstances that have unfolded around what was happening in our workplace, I can see where it would have been easy to make a bad decision.

I have spoken with Chad a great deal since he left our company and these circumstances have unfolded. I have purposely avoided the topic of the charges that he is facing. I have tried to just be his friend just like the previous six years. The best conversation that we have had was when he told me that he and his wife had given their hearts to the Lord. I am an ordained Free Will Baptist minister, so obviously I try to encourage others to look to Jesus Christ as their Savior. I had spoken to Chad about this quite a few times while we worked together so it was a great joy when he informed me of his decision. I made it a point to attend their baptism and what I saw was a great man that God made better. I have seen many people who "make decisions for Christ" that are not sincere and just want to be referred to as "Christian." This is not what I have seen in Chad's life. I see a man who realizes what true repentance really means. The word repent is defined as the act of turning from sin and dedicating oneself to the amendment of one's life. So in essence, it means to turn around and go in an opposite direction. On that day, I had never seen Chad that happy and at peace. I talk to him even more frequently now. To use Biblical phrasing, his tree is truly bearing fruit. I see a man who is trying to grow in the best ways in this life. I see a man who has always cared for and been a leader in his family truly step up and become the Godly leader that his family needs in this trying time. I see a man who truly realizes that he messed up and will pay for his decisions, in some form, for the rest of his life. I see a man who is doing his best to get the rest of his life started off on the right foot. I see a man that is in the same boat that we (humanity) all are in: we all fall short, we all deserve punishment, we all cannot pay the debt that is required for our sin, we are all afforded the opportunity to receive grace through our Savior and we all must spend the rest of our life in repentance (going in the opposite direction that we were going before we met Christ.)

In conclusion, I would like to sincerely ask that you take these factors into consideration during Chad's sentencing. One, Chad truly realizes the bearing of his actions. This is not a situation that will ever let go of Chad. His sentence is already a life sentence in that he will have to overcome this situation mentally, emotionally, spiritually and professionally as he tries to provide for his wife and young children. Two, as previously stated, he is required to walk in repentance as the rest of mankind. This will be especially difficult because of the hurdles that already face him because of his bad decision. In essence, any rehabilitation that Chad could ever receive during incarceration has already taken place. He simply desires to attempt to right his wrongs beginning today through the rest of his life. Any jail time would only hinder this process. Three, His family NEEDS him now more than ever. They are already paying for the mistakes that Chad made, why add a life sentence to Whitney, Payton and Jackson? The children adore their Daddy as their hero. How will taking him away from them for a long period of time better society? Taking

away someone who has obviously dedicated his life to showing them the right path and Godly characteristics will only hinder his children from becoming valuable contributors to society. Four, why take a man who is making a difference for God out of his community? Our area needs people dedicated to showing people the right way. Truly the harvest is plentiful but the laborers are few. Incarcerating Chad is in essence taking away a contributor to society and God's kingdom. Please strongly consider probation or home confinement for Chad so that he stands a chance to be the husband Whitney that needs, the father that Payton and Jackson need, the witness/ worker that God needs as well as an example of true repentance that we all need in our community.

Respectfully,

Joseph M. Vance



Honorable Thomas E. Johnston
United District Judge
6610 Robert C. Byrd United States Courthouse
Charleston, WV 25301

January 26, 2017

Re: Chadwick J. Lusk

Your Honor,

This letter is in regard to the above individual. I have known Chad his entire life. He is a wonderful young man. He is a hard worker, a devoted husband a wonderful father. Chad is well spoken and a college educated young man.

Like all individuals there is a chapter of his life he deeply regrets. Chad has grown as an individual. He has willingly taken on new church responsibilities. He works with our youth, the Mens Ministry Group, teaches the adult Sunday School Class. He has also become a Lay Leader in our church and readily fills in for our pastor when needed.

It is very heartwarming the way he works and explains things to the children.

I know the trouble Chad has gotten himself into and he is very open regarding the bad decisions he made. However, his mistakes and bad decisions were a life changing experience for him. Chad openly accepted complete responsibility for what he has done. Chad is aware his actions were illegal.

What the tremendous strides Chad has made in his life I feel strongly that prison would not be a benefit to Chad or society. He has a young wife and young children and his absence in their life may cause more damage than good. The stigma it will place on them in this small town would be hard for them.

I trust and pray that your Honor will consider probation as an alternative to prison. Chad needs to be free to work so he can support his family. I do believe Chad has learned from this terrible mistake and should he be given an opportunity of probation he will be an asset to our community and our church family.

Respectfully yours,

Jennifer Corns Davis

Honorable Thomas E. Johnston

United States Judge

6610 Robert C. Byrd United States Courthouse

300 Virginia Street East

Charleston, WV 25301


January 25, 2017


Christopher J. Tipton

PO Box 97

Kistler, WV 25628


Dear Judge Johnston,

I am writing in reference of Chad Lusk. Chad asked me to write a reference letter for him, but in truth I had planned on writing on his behalf far before he ever asked. I feel strongly about Chad, his future, and the future of his wife and children. My hope in writing this letter is that upon its completion you will feel the same.

Chad is a person of good moral character and is currently very active in both our community and his church. I realize people often do things of this nature when trouble comes their way, but I can tell you, based on what I've witnessed over the last few years since hearing of Chad's situation, his change is 100% genuine.

I have known Chad for 18 years. I was the athletic trainer at the high school he attended and currently am his primary care provider. Chad has always had a good heart, as is evidenced by his relationship with his wife and kids. He is a very good husband and father and seems to love them very much. Chad has recently been teaching at Man High School. I work with several ladies who have children there and they think the world of him. He has helped their children learn Math that they never thought would have been possible. In their words, "He makes learning fun for the kids and seems to actually care about them and their future."

Chad has made mistakes and has never shied away from that fact. He has owned up to his previous misconduct and came out a better man for it. I will continue to support Chad, and his family, in

any way I can.  As his friend, I hope you will allow him to continue his work in our community and to be with his wife and kids.  For many people jail is a time for them to realize the error of their way and change their lives.  Chad has already realized this and I truly believe a jail sentence would do more harm than good in his situation.

Thank you for taking the time to read my letter and I hope you now see Chad for the person I have always known him to be.

Sincerely

Christopher J. Tipton DHs, MPA, PA-C



# South Man Elementary

### 301 McDonald Avenue, Man, West Virginia  25635

---

**Danita Noel, Principal**
ddnoel@access.k12.wv.us
(304) 583-7522 Fax: (304) 583-8046

January 26, 2017

PO Box 208
Mallory, WV 25634

Dear Judge Johnston,

I have known Chad for most of his life.  I first remember Chad as a young boy playing T-ball in Little League and grade school basketball.  I then taught at Mallory Elementary where he was a fourth grade student.  He was always a friendly, courteous, and dependable child and has continued with those fine traits into adulthood.

I know that Chad broke the law and hate it for him and his family.  In June he was in the school where I am principal attending a spring sing and he and I spoke briefly about his troubles.  I let Chad know that I will always support him, I understand that everyone makes mistakes.   He was genuinely remorseful about his part in the scheme.

Chad continues to give back to the community.  I've watched him working and coaching with the area youth in both softball and t-ball.  He has changed by devoting his life to the lord and it shows in the way he now lives.  The love for his family is evident in the expression on his face, even if he doesn't realize it.  I always receive a hug and a kind word from Chad and have for almost thirty years.

I know from speaking with Chad that he regrets the decisions he made in breaking the law.  Our mistakes make us better people, and I truly feel that he is a better man today.  Being locked away in a jail isn't the only way to punish a person.  I'm sure the punishment he put upon himself is much harsher than most of us can imagine.  Please take this into account when you place sentence upon him.

Respectfully yours,

*Danita Noel*
Danita Noel

Frank D. Robinette

4305 Juniper Lane

Cross Lanes, West Virginia 25313


Honorable Thomas E. Johnston

United District Judge

6610 Robert C. Byrd United States Court House

300 Virginia Street East

Charleston, West Virginia 25301


January 31, 2017


RE: Chadwick J. Lusk


Dear Judge Johnston,


Your Honor, I have now known Chad for over 11 years during which time we have become very close friends. We originally met through work at Mingo Logan Coal Company. During this time, we spent a great deal of personal time together that included everything from an evening out for dinner to a Canadian hunting trip. The result has been a friendship forged of trust, faith, and a brother like love.


The day when I heard the charges that Chad was facing my heart sank realizing the horrible mistake he had made. Until that time, I prayed that he had not been lured into that mess. Unfortunately he had and now his life will never be the same. But, Your Honor, our friendship goes beyond those mistakes. We have stayed in touch through the process, but I have not approached him about any of details of what he had done or what he was facing. We kept our conversations to life, friends, and family.


What Chad did was wrong by all accounts and there are no excuses that can be made for his actions. No words can take the responsibility from him for what he done, but I believe the circumstances of our work environment and who we directly worked for at the time played a part. First let me make it perfectly clear that Arch Coal and the remaining management of Mingo Logan Coal Company are second to none. It is a great company to work for and I have for over 24 years. The situation that existed at Mountain Laurel is non representative of Arch Coal.


From an outsiders view point looking in, Mount Laurel looked great with everyone appearing very content and for the majority of the group this was true. For many others this was not the case. Even though I had worked around the group since 2007, I had not realized until I was transferred there full time in 2011 just how controlling David Runyon was. He had established a very cliquish environment. He had his inner most circle of friends and managers that he depended on and spent the majority of his

time with. He also expected that in return. This group was composed on some very good people who have worked hard to earn everything they have. Chad was one these people. He and David were very good friends, at the time I arrived there. When you saw one of them you saw the other. You could tell Chad really looked up to him and respected him in every way. This is where in my personal opinion Chad was brought in to the scheme. Now you add to that David's style of management which was more like totalitarianism than anything else I can describe. David demanded 100% buy in on every idea, plan, and word whether you agreed or not. Any sign of failure to do so put your career in some form of risks. He would become so enraged, regardless of who the individual was, when a lack of support or question of the plan happened. I have a stubborn strict within me which often left me wondering how long I was going to survive. I was often told, by a couple of mutually close friends that he was planning on firing me because I would question him in the open.

Over the last year that Chad was at Mountain Laurel, David continually pushed him to correct problems with personnel (good cop so speak). An example would be someone might not be using Dave's preferred vendor to supply bits or repair motors. Chad would have to be the one to get everyone back on Dave's plan. He was young and Dave used that to his advantage. He had the exact person he needed in the right position. A person who he could manipulate and pressure into doing what he wanted. This led to poor judgment and bad decisions on Chad's part. The pressure of this along with the other issues that we were all unaware of were starting to burden Chad heavily. You could see him change from week to week. Your Honor, the situation that we all worked under there during this time was not a good one overall. We all dealt with it in different ways. Chad took the wrong path, but given the situation and the players involved I understand how it happened. I really do. This was a miserable time in my working career. One I do not care ever to revisit. And yes, I know it still does not justify the actions Chad took but I do understand.

Your Honor, Chad is a good man, a very good man. Unfortunately he had some growing up to do and in the process made a poor choice. But out of that I have seen a man come forth who has become totally focused on his family and turned his life over to God. I remember a shortly after things came out he called and told of me he had accepted Christ into his heart. I could tell it was for real. Just in the tone of his voice you could hear the difference within him. He later invited me to his baptism. I made the drive that Sunday that took over two hours. It was great to see him take that step. It was so profound that his father in-law stepped forward and accepted Christ that very same day. Shortly after I returned unannounced to a service to surprise my friend and I was the one who got the surprise when I looked forward to Chad singing in the Choir. Since this he has filled in at the pulpit for their minster.

Our conversations about his life are now dominated about coaching kid's sports teams, teaching, and family. One thing he has worked hard to do has been getting his certification to start his own investment company. From the man I met 11 years ago to the one I know now; they are truly two different individuals that have involved from one of being devoted only of himself to a man dedicated to his family and god.

I for one do not envy you in this decision and others like it that you have to make. There are so many things that you must consider. This was a bad time in Chad's life where made bad decisions, ones that he now must pay a debt to society for.

I ask that you please take into account the affect or impact a prison sentence may have on Chad's children. His kids are very young and their bond with Chad is very strong. They hang to him constantly, play, and wrestle. When they look at him you see that look of awe in their eyes. They need their dad home. Chad is the center of his extended family including his grandfather, aunt, and mother who all depend on him. Incarceration in this case, I have a hard time believing is the best course to take. You have a man here that can contribute to society and take care of his family. He has an education and

work experience, so rehabilitation is not needed. To ask then how would he be punished? I think the punishment will come every day for the rest of his life like for instance: he will wakeup everyday trying to salvage the damage done to character, trying to rebuild his self-esteem, explain one day to his kids why their dad was convicted of a crime, the embarrassment of having knowing people are talking about you go out in public, and trying to convince an employer to hire him that he can be trusted so that you can provide for your family.

I hope, Your Honor that you find it in your heart to serve Chad with an appropriate sentence. Please consider probation, home confinement, community service, or a combination of all. I think in a lot of ways Chad has served his sentence. The agony and torment of not knowing, for nearly three years of what awaits him with your decision, has created a heavy burden on his mind and heart. I ask that you also account for this in your decision. In closing, I want to share a story I heard on the radio this morning that applies. A father sent his three sons to look at a pear tree far away. They each were asked to go at a different time of the year and each a saw very different thing. When the father asked what they saw, they each gave a very different description of the tree. He later explained to them each of you only looked at one season of the trees life. It is only after seeing all the seasons that you know the whole story of the tree. You are being asked to Chad only on one part of his life. Please consider that the other parts are different.


Respectfully Yours

Frank Robinette

Honorable Thomas E. Johnston
United District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 31, 2017

639 Main Street
Man, WV 25635

Re: Chadwick J. Lusk

Dear Judge Johnston,

We have known Chadwick "Chad" Lusk for at least 22 years; he is a very dear friend of our family. Chad and our youngest daughter went through middle school and high school together. Our middle daughter dated his first cousin, whom he was very close to and lost at an early age to cancer. Chad has always been very respectful, friendly, caring, and helpful to our entire family. Our families have grown very close over the years, and Chad has become like a son to us. In the many years we have known Chad, we have never heard of any incidents where Chad was being disrespectful or hurtful to others. Chad has always been one of the "good kids" in our community, always taking a leadership role.

We do understand the situation Chad is in, we also know how much he regrets his actions. We are very willing to help Chad and his family in any way we can. Chad and his wife are active members of the Claypool United Methodist Church. Chad sings in the choir, assists in teaching our Junior Church (children 13 and under), takes turns teaching the adult Sunday school class, president of the Claypool United Methodist Men's Group and he assists with many other church functions. Chad is extremely respectful, caring and sincere in his thoughts and actions. He currently teaches ninth grade math at Man High School.

Chad has two children, Jaxon and Peyton, age six years and eight years and he is an exceptional father. Chad is active in the community with the youth. He has coached girls T-ball, ages 5-8, for the past two years. Chad had "father figures" while growing up, however, he had the absence of his own father in his life and was raised by his mother, Pam. Chad helps with the daily care of his children, attends their doctor visits, and supports his children in all of their activities. We feel it is important he continues to remain a constant in their lives.

Your Honor, Chad is very much aware what he did was wrong. Chad is also very aware of the people that have been hurt by his actions, and we know this young man deeply regrets what he has done. Chad has been hurt, been belittled, and has had to endure comments made to his family for actions he was solely responsible for. Chad feels he has let everyone down, especially his family. We know Chad wants to be a better person for his family.

In conclusion, we feel it is important for Chad to continue to be in his children's lives. Peyton and Jaxon need their father, and Whitney, his wife, needs the continued support of her husband to assist in raising their children. As stated before, Chad was raised without his own father in his life, it would be unfortunate for his children to be raised without their father in their lives, especially seeing how attached they are to him and how much they love their "Daddy." Chad's most important role is being a father and guiding his young children through life, and he has succeeded in doing a fantastic job of that so far. We do not think it would be beneficial for this young family for Chad to be sentenced to serve time away from them. Chad's family would suffer his absence, Chad's church family would suffer his absence, but most importantly his children would suffer his absence. Peyton and Jaxon are the main priority in our opinion, and we feel very strongly that Chad needs to be home with them, to help nurture their young lives.

Respectfully Yours,

*James E. Curry*

James E. Curry

*Judith L. Curry*

Judith L. Curry

Honorable Thomas E. Johnston

United States Judge

6610 Robert Byrd United States Court

Charleston, WV 25301

January 21, 2017


Kimberly Kretzer

3240 Merlot Drive

Lakeland, Fl 33811


Re: Chadwick Lusk

Dear Judge Johnston,

I am a life-long friend of Debbie Caudill, Chad's mother in law. During the last 13 years, she and I have spent countless hours on the phone talking about our children and grandchildren. Through these phone conversations, we often discussed Chad and Whitney and the situation that Chad had found himself in. I feel that Chad got caught up in a bad situation while working for Arch Coal. I agree that Chad made some bad decisions that he will have to answer for.

In the last two and a half years, I have seen a great change in Chad. He has rededicated his life to serving God and is a great asset to his community and church. I have found Chad to be a loving husband and father to Whitney, Peyton, and Jaxon. Although I live in Florida, I have met them several times for family vacations and witnessed this personally.

In 2015, Chad started his own business, Peyjax Trading. I was so confident in Chad's ability to do well, I decided to make an investment into his company.

Judge Johnston, if Chad goes to jail, he will not be able to support his family or continue his business. Please consider probation or home confinement as an alternative punishment. Chad could continue to support his family financially thru

his business from home and also continue to be a part of his young children's lives. Thank you for taking the time to read and hear my thoughts on this matter.


Respectfully,

Kimberly Kretzer

Honorable Thomas E. Johnston
United States Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 25, 2017

Paul D. Vance
PO Box 211
Verner, WV 25650

Dear Judge Johnston,

I am writing to you concerning my friend, Chadwick J. Lusk. I understand that Chad is in trouble and that he is very sorry for his actions. I know that what he did has serious consequences. If he is given a sentence to be sent to jail it would be a great loss to his family, church, and community. We all need him here with us.

I have known Chad for about 20 years. He is a loving father, son, husband, and friend. He is a very kind, considerate, and caring person. He cares greatly for his family, church, friends, and community.

We go to church together. Chad has seen both of his children give their lives to the Lord and be baptized. He has become a Lay Speaker. He is teaching our adult Sunday School class. He is also the president of our United Methodist Men's group. Chad and his wife are taking part in helping with the Children's Church and their activities.

He is always willing to help someone in need. Now it is my time to try and help him and his family in this situation.

I know the final decision is yours and I hope and pray that you will take these words that I have written into consideration regarding my friend and brother in Christ, Chadwick J. Lusk.

Respectfully yours,

Paul D Vance

Paul D. Vance



Honorable Thomas E. Johnston
United States Judge
6610 Robert C Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 18, 2017

Mitzi Rick
PO Box 311
Davin, WV 25617

RE: Chadwick J Lusk

Dear Judge Johnston,

I have known Chad for his entire life. He graduated high school with my son Brandon and even accompanied my daughter Kelli to a high school prom. Kelli was also maid of honor at his wedding as he married her best friend Whitney. I am the owner of Better Trades and his mother-in-law has worked for my company for eleven years. During this time we have become very close friends and have had the opportunity to discuss Chad and his situation. To say our families have a history of knowing one another would be an understatement. I have always thought very highly of Chad and his family.

I was surprised to learn of the charges against Chad when the news first broke in our small town. Having known him as long as I have he never exhibited any type of behavior that would have led me to believe he would ever get involved in something of this nature. I truly believe his actions were a product of his environment. I can attest to his family's values as well as his conduct prior to and after working for Arch Coal.

I know Chad to be a loving husband, caring father, devout Christian and all around beneficial member of our small community. He has coached both soft ball and T-ball and has worked in our school systems over the last 2 years proving his self to be an excellent role model to our youth. Having seen his desire and work ethic to better our community I decided to offer him a position with Better Trades updating daily stock market trading tips to my vast customer base on my company website. I am very pleased with the work Chad has performed with my company and will continue to support him and his family in any way that I can.

I do not believe taking Chad from our community or his family would benefit anyone. He has shown since this began he can be a productive member of our community even in the wake of the

negative publicity he has received. His ability to rise above this situation as a better man is a lesson we can all learn from. I am proud to have known Chad personally for so many years and have seen how he has evolved and personally witnessed his transformation.

       Thank you for taking the time to hear my thoughts and insight on this matter and I pray you will see we are better served as a community by allowing Chad to remain an intricate part of it.


Respectfully,

Mitzi Rick
Better Trades

# SERVICE PUMP & SUPPLY, INC.

**Main Office: P.O. Box 2097  1111 Vernon Street • Huntington, West Virginia  25721-2097**
Branch: P.O. Box 369 • Jeff, Kentucky 41751
Branch: P.O. Box 707 • Danville, WV 25053

HONORABLE THOMAS E. JOHNSON
UNITED DISTRICT JUDGE
6610 ROBERT C. BYRD UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WV 25301

10/15/2014

2950 Staunton Road
Huntington, WV 25702

RE: Chadwick J. Lusk

Your Honor,

I have known Chad for over (10) years & consider him a close friend. I first meet Chad through business. We then got to be friends because of our common love for Marshall Football & golf.

Never once in our years of dealing did Chad ask for any money or favors in turn for doing business with his company. When I first starting hearing rumors about "business being bought", I told a co-worker there is no way Chad is involved in this. Chad was always a fun loving, generous, & quick to help anybody with need. Yes, the "old" Chad was also somewhat cocky & self-assured.

Chad called me the day before all the mess hit the news media, wanting to meet with me personally. He admitted to me then that he had taken money & was taking full responsibility for his actions. As he explained this to me, he began to cry, he fought back the tears. He said; "Admitting this to you is one of the hardest things I have ever had to do, but I wanted to do it face to face not on a phone." I had never seen Chad like this & realized the courage it took for him to do this.

I believe Chad got caught up in a culture that was enforced by the President of the company, & he was in deep before he realized the unlawfulness that was happening. That is not to say Chad is totally innocent, because he will be the first to admit his wrong doing.

Judge Johnson I have seen a change for the good in Chad. Where the "old" Chad was cocky, the new Chad is thoughtful. The "old" Chad, loved his family, but at times took them for granted.

The Chad of today understands the slim thread life is & he has become one of the best father & husband, as well as friend, a person would want. I have known people who did very bad & unlawful things & the only regret they had is that they got caught. Chad is just the opposite; he understands the harm he has done to friends, family & himself. I believe Chad wants to work hard to clear his name & reputation. I don't think anything can be gained by a jail sentence. No matter what happens I will fully support Chad in the future, & I ask you please be lenient.

Sincerely Yours,

Danny Vance

6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

January 30, 2017

HC 72 Box 48
US Route 52
Gilbert, WV 25621
Re: Chadwick J. Lusk

Dear Judge Johnston:

I am still pleased to write a letter of reference for Chadwick J. Lusk probably now even more than ever. I feel that I am uniquely qualified because I have known him through three different perspectives for approximately seventeen years. I first met Chad as a student at Man High School during his senior year. I later watched him grow as a vital member of the community of Man over the past seventeen years. I also had the privilege of working with him as a long term substitute teacher at Man High School.

As a high school student, Chad seemed to get along with everyone. He always had a smile on his face and was easy to be around. He was a leader among his peers and always had a positive attitude. Chad excelled athletically serving as captain of the football and baseball teams, but was always focused on his academics first. While in high school, he was an active member of the Honor Society, in the Top Ten of his graduating class, and was Class President. He set his goals at an early age to attend Marshall University and complete his degree directly out of high school.

Chad is a devoted family man. He married his high school sweetheart and started a family right away. I have observed him playing an active role in the lives of his two children. Being an active father, Chad attends various school activities, community events, and church with his family. He is not only a loving father and husband, but I have witnessed the love and support he has shown his mother and grandfather. He is a vital part of all their lives.

Chad always has given immensely of himself in the community. I had the opportunity last year to be his direct supervisor during his time as a long-term math substitute teacher at Man High School. All I can say is that he excelled as a teacher. He went above and beyond his job responsibilities providing his students with exciting opportunities for learning in his classroom. He volunteered his time and skills during credit recovery to assist students to make up failed credits, but also during outside activities such as building homecoming floats. He was also

visible at several ballgames and dances to provide supervision. He seem to really bond with the students at Man High. I was extremely disappointed when he was no longer able to substitute. In my opinion, he really missed his calling by not majoring in education and becoming a teacher.

I have found Chad a joy to work with in the past. His communication style is direct, forthright, and helpful. He is an effective planner and extremely well organized. He is a bright young man that truly cares for others, but especially his family. I have no doubt that he will be successful if given the chance. I would love to see him given the opportunity to continue to be a vital part of our community and the chance to create a life for him and his family.

Everyone makes unwise decisions and mistakes in life. I know by speaking to Chad and his family that he realizes he has made mistakes. He truly regrets those bad decisions. However, knowing his true character and his willingness to make amends, I have no doubt that he should be given the opportunity to correct his actions. I feel that he is a real asset to society. By all means, Chad should be given the chance to support and care for his family.

If you have any further questions, please do not hesitate to contact me. I will be happy to speak with you further to provide any additional information you might need. I can be reached at 304-583-6521 (work), 304-784-1403 (cell), 304-664-8782 (home) or via email at aharless@k12.wv.us .

Respectfully Yours,

Angela A. Harris

Angela Harless-Harris
Assistant Principal
Man High School
aharless@k12.wv.us

Billy J. Dickerson, Jr.
PO Box 518
Davin, WV 25617
304-583-9741
bdickers@k12.wv.us
January 25, 2017

Honorable Thomas E. Johnston
United States District Judge
6610 Robert C. Byrd United States Courthouse
300 Virginia Street East
Charleston, WV 25301

Dear Honorable Thomas E. Johnston:

On April 15, 2015, I had the opportunity to write a character reference for Chadwick J. Lusk. In that letter, I spoke of the circumstances under which I came to know this young man. I mentioned the qualifications that allowed me to offer such a document. Part of that reference included a timeline, which demonstrated the connections that Chad and I had made over the years. These connections provided the data necessary for my evaluation. I suppose I am trying to provide you with evidence that confirms both my ability and reliability when making a determination related to a person's character.

Since my last letter, I have been able to observe Chad as he performed in a number of different capacities. As a result of his academic training, he was hired to teach math at the same high school where I have taught for the last 28 years. During his time at Man High School, Chad received above satisfactory evaluations from administrators and his fellow teachers. He was instantly drawn to his students and they responded with the same enthusiasm. The positive relationships that he developed with those students clearly indicate his ability to provide a needed service to our community. Not only did he excel in the classroom, he was always available to assist in other school related activities. While his employment status indicated that he was a temporary substitute, he never failed to offer his assistance. During our annual homecoming celebration, Chad was there to help. When students went on trips, he served as a chaperone. Point being, he became an asset to our school and if given the chance could serve in that capacity in the future.

As a member of our community, Chad has always been available to help those in need. He has participated in recent beautification efforts and has helped the elderly around their homes. On a personal note, Chad helped my father when it came time to replace his roof. In addition to community involvement, he has developed a strong relationship with God. Chad often serves as the leader of his weekly Bible study. Most recently, he offered a sermon during one of the Sunday meetings.

As a final note, I would refer to my letter of April 15, 2015, which discusses the possibility for financial penalty and incarceration. It is painfully obvious that this young man has made some mistakes, haven't we all. It is also very obvious that his life has forever been changed as a result of his actions. Some of those changes are very negative and will have lasting effects. However, since the incident, his life has moved in a most positive direction. With that trend in mind, I would ask that great consideration be made when judgements are made concerning Chad.

Respectfully yours,

Billy J. Dickerson, Jr.

3575 Huff Creek Hwy
Davin, WV 25617
January 20, 2017


Honorable Thomas E. Johnston
United District Judge
6610 Robert C. Byrd United States Court House
Charleston, WV 25301

Dear Judge Johnston:

This letter is to serve as a character witness for Chadwick Lusk. I am a
teacher at Man High School with more than ten years' experience and have been
a foster parent for four. I met Mr. Lusk through my adopted/foster daughter
when she began to play her second year of softball.

Mr. Lusk soon became our favorite coach. This was Isabella's second year of
playing ball and she absolutely hated it her first. When she began to play
for Mr. Lusk she developed a love for the sport that has been a life changing
love for her. He encouraged her when she missed a ball. He would walk over
to her and crouch down on her level and speak in a very soft voice and
explain/demonstrate what she did wrong. When he was finished speaking to
her, her shoulders were back a little farther, her head was up straight and
focused, and her smile was back on her face. He showed patience, tolerance,
and love for a little girl that had known very little of all three. I will
never be able to repay him for this.

I then called upon him to substitute teach for me. I am a business teacher
and teach Accounting and Business and Marketing. My students always loved
when Mr. Lusk would come to substitute because they knew they could pick his
brain about the subject at hand, that he would help them without berating
them, and he would share his knowledge and experience of the business
industry.

I have found Mr. Lusk to be upfront, honest, and caring when it comes to the
people surrounding him. His love of God shines on his face and is
demonstrated by his actions even when he doesn't know he is being observed.
Sometimes in life we make mistakes and learn from those mistakes. I truly
believe that he has learned a very difficult life's lesson through his
mistakes.

If you have any further questions or need any additional information, please
feel free to contact me at 304-688-6883.

Sincerely,

Crystal Spence
Crystal Spence

3575 Huff Creek Hwy
Davin, WV 25617
January 20, 2017


Honorable Thomas E. Johnston
United District Judge
6610 Robert C. Byrd United States Court House
Charleston, WV 25301

Dear Judge Johnston:

This letter is to serve as a character witness for Chadwick Lusk. I am a
teacher at Man High School with more than ten years' experience and have been
a foster parent for four. I met Mr. Lusk through my adopted/foster daughter
when she began to play her second year of softball.

Mr. Lusk soon became our favorite coach. This was Isabella's second year of
playing ball and she absolutely hated it her first. When she began to play
for Mr. Lusk she developed a love for the sport that has been a life changing
love for her. He encouraged her when she missed a ball. He would walk over
to her and crouch down on her level and speak in a very soft voice and
explain/demonstrate what she did wrong. When he was finished speaking to
her, her shoulders were back a little farther, her head was up straight and
focused, and her smile was back on her face. He showed patience, tolerance,
and love for a little girl that had known very little of all three. I will
never be able to repay him for this.

I then called upon him to substitute teach for me. I am a business teacher
and teach Accounting and Business and Marketing. My students always loved
when Mr. Lusk would come to substitute because they knew they could pick his
brain about the subject at hand, that he would help them without berating
them, and he would share his knowledge and experience of the business
industry.

I have found Mr. Lusk to be upfront, honest, and caring when it comes to the
people surrounding him. His love of God shines on his face and is
demonstrated by his actions even when he doesn't know he is being observed.
Sometimes in life we make mistakes and learn from those mistakes. I truly
believe that he has learned a very difficult life's lesson through his
mistakes.

If you have any further questions or need any additional information, please
feel free to contact me at 304-688-6883.

Sincerely,

Crystal Spence
Crystal Spence

Jan. 29, 2017

Honorable Thomas E. Johnston
United States Judge
6610 Robert C Byrd United States Courthouse
300 Virginia Street, East
Charleston WV 2530

RE: Chadwick J. Lusk

Dear Judge Johnston,

   Chad is the son-in-law of my long-time friend and former co-worker, and I have known him approximately 15 years. During this time, I would see him occasionally at his children's birthday parties, when he would stop by our workplace, at ballgames, or randomly at the movies or other places of business. We live in such a small town that everyone knows "of" everyone or at least who their family is. Since I worked at one of our local banks for 28 years, I knew his family well.

   While working with and being friends with his mother-in-law, I do understand the situation that Chad is in. I have been around him many times in the last couple of years once he started coming to our office at Better Trades while learning to trade in the stock market. Quite often, the conversation between all of us would reference this situation, and I could see the remorse in his eyes and hear it in his voice of how he regretted the choices that he had made in the past. Since I now see Chad as a devoted family man, I would often offer words of encouragement and let him know that he and his family were in my thoughts and prayers. He is now the husband and father that Whitney, Peyton, and Jaxon deserve, and it makes me happy to see their family together. I know that Chad has always loved them but he let other things control him which made it hard for him to be the man / husband / father that he now is. Seeing them together at Walmart, at the movies, at a softball or tee-ball or football game, the change in Chad is as different as day and night. Going thru this, I have seen him stand strong and to know that deep within, he is a good honest man with strong family values and morals who just happened to make some bad choices at that time.

   Since I have known Chad, I have seen two sides of him – the man before and the man he is now. I have paid very close attention to his eyes and to this voice, and to me, they both speak clearly on the true characteristics of a person. In his eyes, I can see the regret and the hurt that he has caused to his family because of the choices that he made. In the same respect, I can hear the same regret and hurt in his voice, and both are heartbreaking to see and hear! On the other hand, when he now talks about his family, on how he wants to get this part of his life over with so they can move forward, how he is looking forward to their future, I can see and hear the hope that he now has. Chad realizes that there is a price to pay for the wrong choices that he made but unfortunately, the price also has to be paid by his beautiful family. I think that is what hurts him the most is in knowing that they will also be the ones to suffer, financially and emotionally, if he goes to jail. If this happens, he will not be able to work and provide for the financial well-being of his family, thus resulting in a financial hardship to both his family and to the State of WV. Something that may need to be considered is that the state may possibly have to pay twice – to keep him in jail and providing all of his basic necessities as well as his wife may have to apply for some type of state assistance in providing food and healthcare for their children. Also, Chad and Whitney are adults and will work thru this, but I am extremely concerned on the long-term effects that this may have on their children. Therefore, I believe that probation or home confinement is appropriate in this case

because it will allow Chad to work and provide for his family as well as being there for them emotionally and physically.

Thank you for allowing us, as friends of Chad and his family and as a resident of WV, to offer our insight on who Chad was before and who he is now.

Respectfully,

Barbara Gambill
PO Box 277
Accoville WV 25606

PO Box 356

Davin, WV 25617

January 31, 2017

Honorable Thomas E. Johnston

United States Judge

6610 Robert C. Byrd United States Courthouse

300 Virginia Street East

Charleston, WV 25301

Re: Chadwick J Lusk

Dear Judge Johnston,

I have known Chad Lusk since he was eleven years old. He was one of my sixth-grade students at Mallory Grade School. Being his teacher I naturally established a student-teacher relationship with him as I did with all my students. He was an "A" student, faithful in attendance, well accepted by his peers, and showed leadership qualities even at that young age. One could tell he was held to a high moral standard via his behavior. Chad, however, was the typical athletic rough-houser preteen boy that stood out; excelled.

I have only a limited knowledge of the problem Chad has as supplied by the media and second hand information. There has been no discussion between Chad and myself concerning his dilemma. I do not feel the need to further embarrass him by pulling him into a conversation to disclose private matters.

Anything I can do to encourage Chad and or strengthen him spiritually I intend to do. His family needs our prayers along with the confidence of having our continued friendship and fellowship. They most assuredly have that. I am proud to say that he has become a fellow Christian with a close, dutiful relationship with the church congregation. He professes Christ openly, even though I'm sure he knows there will be a time of reckoning in the coming days. If needed I will be there to help him with reconciliation. It takes courage to take your stand in a new life when you are aware that the public knows of your plight.

Few young fathers are found as attentive to family as Chad is. He brings his children to church and Sunday School, and he also teaches the adult Sunday School class, is an accomplished certified lay-speaker, and is now president of the United Methodist Men. He sings in the choir and volunteers for any and everything. His leadership capability is showing up!

I have watched Chad grow in his faith since his baptism despite the worrisome burden he carried. He actively seeks employment, has taught school on the secondary level, and is in preparation for a new career to support his family knowing the judgmental opinions there must be concerning his present crisis. There is never a call for help at the church (cleaning, mowing, shoveling snow, or helping with fund raising, etc.) that he doesn't respond to. While I know, there are past serious, troubling events in his life that would defeat many, I can see great evidence of a penitent spirit. His demeanor often exudes a troubled state of mind. At times, he can be seen with his head down and heavy sadness is visible. Seeing Chad like that is hurtful. A great deal of his time at worship is quite upbeat, perhaps due to his being around fellow Christians who show him love and acceptance.

The reality in Chad's present life is the distinct possibility that he could be away from his beautiful children and his wife for a long time. The church would be deprived of his talents and, he, of its nurturing. That seems to me to be a crime in itself. He has really become an asset to the community, a valuable mentor to our youth, and a witness to the fact that people can make great changes in their lives for the better.

Respectfully yours,

Sally Cline

Sally Cline

Honorable Thomas E. Johnston

United States Judge

6610 Robert C. Byrd United States Courthouse

300 Virginia Street East

Charleston, WV 25301


January 30, 2017


PO Box 272

1138 Autumn Lane

Davin, WV 25617


Dear Judge Johnston,

I have had a great deal of respect and admiration for Chad Lusk and his family for most of my 68 years. Despite the troubles, he may be experiencing now, I have noticed that he has a high degree of love and respect for his family and church community.

He now works in our church with the youth and United Methodist Men's organization, as a Certified Lay Speaker, lead's others in evangelistic outreach and disciple-making by preaching and teaching Gods word.

During the past few years, Chad has worked tirelessly to move forward and rise above this tragedy. He has always been an "overcomer" from his youth and now, with the love and support that the church and community has for him, he will overcome and move forward from this most unfortunate time in his past.

I am asking for your help in ensuring Chad remains a vital part of our community and church. Thank you for your time and consideration.

Respectfully yours,

John T. Hinchman

John T Hinchman



# Digital Files Enclosed

## U.S. v. CHADWICK  LUSK
## 2:15-CR-00124
## STATEMENTS ON DEFENDANT'S BEHALF

**fedex.com** 1.800.GoFedEx 1.8

FedEx Office disclaims all warranties including, but not limited to, fitness for purpose of merchantabil... age to data or defects in material or manufacture. All trademarks used herein are the property of their respective ow... n the copyright holder to reproduce any copyrighted works. © 2012 FedEx. All rights reserved. 613.OP00.001

DEFENDANT'S
EXHIBIT
2
2:15-CR-124